



MEMO ENDORSED

p. 2

|  | THE CITY OF NEW YORK | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **CAROLINE CHEN**<br>Assistant Corporation Counsel<br>E-mail: cchen@law.nyc.gov<br>Phone: (212) 788-1106<br>Fax: (212) 788-0367 |

October 24, 2007

**BY HAND**
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street, Room 755
New York, New York 10007

        Re:   <u>Franel Ferdinand v. City of New York, et al.</u>
              07 Civ. 8542 (RMB)

Your Honor:

        I am an Assistant Corporation Counsel assigned to the defense of above-reference matter. I write to respectfully request an adjournment of the initial conference scheduled for November 20, 2007 at 9:30 a.m. due to a conflict in the undersigned's schedule. Defendants have made no previous requests for an adjournment of this conference, and plaintiff consents to this request.

        Defendants request this adjournment as the undersigned has a previously scheduled conference before the Honorable Lois Bloom in the Eastern District of New York on November 20, 2007, at 10 a.m. In addition, plaintiff served waivers of summons upon defendants on or about October 3, 2007, and the answer for defendants are due on December 2, 2007. Therefore, with plaintiff's consent, defendants respectfully request that the initial conference be adjourned to a date in December 2007. For the Court's consideration in rescheduling the initial conference, the parties are available at any time on December 10, 2007, December 12, 2007 or December 13, 2007.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/2007
```

      I sincerely apologize for any inconvenience this may cause the Court. Thank you for your consideration in this request.

          Respectfully submitted,

          Caroline Chen (CC5289)
          Assistant Corporation Counsel
          Special Federal Litigation Division

cc:   Nicole Bellina, Esq. (by fax)
      Stoll, Glickman & Bellina, LLP
      *Attorneys for Plaintiff*
      71 Nevins Street
      Brooklyn, New York 11217

---

CONFERENCE ADJOURNED
UNTIL 12/10/07 AT 9:00 A.M.

SO ORDERED:
Date: 10/25/07   Richard M. Berman
Richard M. Berman, U.S.D.J.

---