UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Franel Ferdinand
                    Plaintiff(s),                         **Case Management Plan**

        -v-                                               07 CV 8542 (RMB)

City of New York, et. al.
                    Defendant(s).
------------------------------------------------------X

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure

(i)    Joinder of additional parties by __1/25/08__

(ii)   Amend the pleadings by __1/25/08__

(iii)  All discovery to be expeditiously completed by __5/2/08__

(iv)   Consent to Proceed before Magistrate Judge __No__

(v)    Status of settlement discussions __Ongoing__  5/5/08 with principals @ 10:00 AM

Sections vi through xi will be set at conference with the Court.

(vi)   Motions_____

(vii)  Oral Argument_____

(viii) Joint Pre-Trial Order to be submitted by_____

(ix)   Final Pre-Trial Conference_____

(x)    Trial_____

(xi)   Other_____


SO ORDERED: New York, New York
            __12/10/07__

                                                          __RMB__
                                                          Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/10/2007__