```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRANEL FERDINAND,

                     Plaintiff,               07 Civ. 5911 (RMB)

     -against-                     **ORDER OF DISCONTINUANCE**

THE CITY OF NEW YORK, et al.,

                     Defendants.
------------------------------------------------------------X

        Based on Defendants' letter, dated January 28, 2008, indicating that the parties have reached a settlement agreement, it is hereby

        **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued. The conference scheduled for May 5, 2008 is vacated.

**SO ORDERED**.

Dated: New York, New York
          January 28, 2008

                                               _RMB_
                                           Richard M. Berman, U.S.D.J.